No. 446. Choctaw Nation v. United States. November 25, 1935. Petition for writ of certiorari to the

Court of Claims denied. *Messrs. W. F. Semple, R. M. Rainey,* and *Streeter B. Flynn* for petitioner. *Solicitor General Reed, Assistant Attorney General Blair,* and *Messrs. George T. Stormont* and *Charles H. Small* for the United States.